## NO. CV13-0164

| | | |
|---|---|---|
| **TARA GOODE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **415TH JUDICIAL DISTRICT** |
| | § | |
| **JERRY EMBRY** | § | |
| **Defendant.** | § | **OF PARKER COUNTY, TEXAS** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

8/12/2015 4:51:29 PM

DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

Plaintiff, Tara Goode, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on July 14, 2014.

Tara Goode desires to appeal the trial Court's granting of "Jerry Embry's No Evidence Motion for Summary Judgment" and "Defendant Jerry Embry's Motion for Summary Judgment.".

This appeal is being taken to the Second Court of Appeals.

This notice is being filed by Tara Goode.

Respectfully submitted,

JARVIS LAW FIRM


By: /s/ Donnie Jarvis
    Donnie Jarvis
    Texas Bar No. 90002001
    Email: don@jarvislawfirm.com
    116 South Crockett St.
    Sherman, Texas 75090
    Tel. (903) 891-8898

1

Fax. (903) 891-8895
Attorney for Plaintiff
Tara Goode

## **<u>CERTIFICATE OF SERVICE</u>**

     I certify that on August 11, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Michael W. Minton at (817) 377-9201.


/s/ Donnie Jarvis
Donnie Jarvis

| | | |
|---|---|---|
| TARA GOODE | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 415TH JUDICIAL DISTRICT |
| | § | |
| JERRY EMBRY, | § | |
| DEANNA SMITH AND CADE SMITH | § | PARKER COUNTY, TEXAS |

## ORDER ON JERRY EMBRY'S TRADITIONAL AND NO EVIDENCE MOTIONS FOR SUMMARY JUDGMENT

On this day came on to be considered the traditional and no evidence motions for summary judgment filed by defendant Jerry Embry. The Court, having considered the evidence, is of the opinion that said motions should be, and are hereby GRANTED.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Jerry Embry's no evidence and traditional motions for summary judgment are granted, and judgment is hereby entered that plaintiff take nothing by her claims against him, defendant to have and recover his costs of court.

All relief not expressly granted herein is denied. This order disposes of all parties and all issues, is final and appealable.

Signed this ___13___ day of ___July___, 2015.

_____
JUDGE PRESIDING

ORDER ON DEFENDANT JERRY EMBRY'S MOTION FOR SUMMARY JUDGMENT

Page 1 of 1

3

Filed: 8/12/2015 9:50:48 AM
Sharena Gilliland
District Clerk
Parker County, Texas
Jason Nowak

## NO. <u>CV13-0164</u>

| | | |
|---|---|---|
| **TARA GOODE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **415TH JUDICIAL DISTRICT** |
| | § | |
| **JERRY EMBRY** | § | |
| **Defendant.** | § | **OF PARKER COUNTY, TEXAS** |

### <u>PLAINTIFF'S MOTION FOR A NEW TRIAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Tara Goode, Movant herein, in the interest of justice and fairness, and brings this Motion for New Trial. In support hereof, Movant shows the following:

I.

A.      The Court erred in granting Defendant's Motions for Summary Judgment titled "Jerry Embry's No Evidence Motion for Summary Judgment" and "Defendant Jerry Embry's Motion for Summary Judgment."

II.

A.      Movant requests an evidentiary hearing on the allegations raised herein.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays this Court will vacate the judgment in this matter and will grant Movant a new trial for the grounds specified herein and in the interest of fairness and justice, and for such other and further relief that may be awarded at law or in equity.

1

4

Respectfully submitted,

JARVIS LAW FIRM


By: /s/Donnie Jarvis
     Donnie Jarvis
     Texas Bar No. 90002001
     Email: don@jarvislawfirm.com
     116 South Crockett St.
     Sherman, Texas 75090
     Tel. (903) 891-8898
     Fax. (903) 891-8895
     Attorney for Plaintiff
     Tara Goode


## CERTIFICATE OF SERVICE

I certify that on August 11, 2015 a true and correct copy of Plaintiff's Motion for New Trial was served by fax on Michael W. Minton at (817) 377-9201.


/s/ Donnie Jarvis
Donnie Jarvis


## ORDER SETTING HEARING

The above and foregoing Plaintiff's Motion for New Trial having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _____ at _____, in the 415TH Judicial District Court of Parker County, Texas.

**SIGNED** on _____ , 2015.


_____
JUDGE PRESIDING


2

Filed: 8/12/2015 9:58:34 AM
Sharena Gilliland
District Clerk
Parker County, Texas

Mary Rogers

## NO. <u>CV13-0164</u>

| | | |
|---|---|---|
| **TARA GOODE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **415TH JUDICIAL DISTRICT** |
| | § | |
| **JERRY EMBRY** | § | |
| **Defendant.** | § | **OF PARKER COUNTY, TEXAS** |

## AMENDED NOTICE OF APPEAL

Plaintiff, Tara Goode, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on July 14, 2015.

Tara Goode desires to appeal the trial Court's granting of "Jerry Embry's No Evidence Motion for Summary Judgment" and "Defendant Jerry Embry's Motion for Summary Judgment.".

This appeal is being taken to the Second Court of Appeals.

This notice is being filed by Tara Goode.

Respectfully submitted,

JARVIS LAW FIRM

By: /s/ Donnie Jarvis
  Donnie Jarvis
  Texas Bar No. 90002001
  Email: don@jarvislawfirm.com
  116 South Crockett St.
  Sherman, Texas 75090
  Tel. (903) 891-8898

1

Fax. (903) 891-8895
Attorney for Plaintiff
Tara Goode

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 12, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Michael W. Minton at (817) 377-9201.

/s/ Donnie Jarvis
Donnie Jarvis

2